

# NUMBER 13-09-00513-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P. D/B/A VALLEY REGIONAL MEDICAL CENTER

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

## Before Chief Justice Valdez and Justices Rodriguez and Garza
## Memorandum Opinion Per Curiam[1]

On September 4, 2009, relator, Columbia Valley Healthcare System, L.P. d/b/a Valley Regional Medical Center, filed a petition for writ of mandamus. Relator has now filed a motion to dismiss this original proceeding. According to the motion to dismiss, the parties have compromised and settled their differences.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

The Court, having considered the documents on file and relator's motion to dismiss this original proceeding, is of the opinion that the motion should be granted. Accordingly, this original proceeding is DISMISSED without reference to the merits thereof. Pending motions, if any, are likewise DISMISSED.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
31st day of March, 2010.